No. 00–278. CHANG v. FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK, *ante*, p. 957; and

No. 00–474. STOVE v. PHILADELPHIA SCHOOL DISTRICT, *ante*, p. 1012. Motions of petitioners for leave to proceed further herein *in forma pauperis* granted. Petitions for rehearing denied.

JANUARY 11, 2001

No. 00A605. ALLEN v. OKLAHOMA PARDON AND PAROLE BOARD ET AL. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.

No. 00–7866 (00A597). IN RE GLOCK. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 00–7843 (00A593). GLOCK v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JANUARY 12, 2001

No. 00–46. MURPHY v. BECK, SUCCESSOR AGENT FOR SOUTHEAST BANK, N. A. C. A. 11th Cir. [Certiorari granted, 530 U. S. 1306.] Writ of certiorari dismissed under this Court's Rule 46.1.

No. 00–767. IMMIGRATION AND NATURALIZATION SERVICE v. ST. CYR. C. A. 2d Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 26, 2001. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 28, 2001. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 16, 2001. This Court's Rule 29.2 is suspended in this case.